**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

JANE DOE and JANE ROE,

Plaintiffs,

v.

PRAIRIE DU CHIEN MEMORIAL HOSPITAL ASSOCIATION, INC. D/B/A CROSSING RIVERS HEALTH,

Defendant.

Case No. 24-cv-67-wmc

# NOTICE OF DECISION

Defendant Prairie Du Chien Memorial Hospital Association, Inc. d/b/a Crossing Rivers Health ("Crossing Rivers") files this Notice of Decision to acknowledge the Court's recent decision granting a motion to remand a similar action also removed to this Court under the federal officer removal statute. Attached as **Exhibit A** is a copy of that decision in *John Doe v. Gundersen Lutheran Health Systems, Inc. and Does 1–20*, Case No. 23-cv-694-wmc (W.D. Wis.) ("*Gundersen*").

Crossing Rivers acknowledges that this Court's reasoning in *Gundersen* is also dispositive on the question of this Court's jurisdiction over this action. *See also* Dkt. 1, Notice of Removal ¶ 4 (acknowledging the *Lamarr* case that this Court found persuasive in *Gundersen*, as well as other recent in-circuit decisions).

Crossing Rivers, however, continues to stand behind its Notice of Removal. Consolidated appeals from *Lamarr* and other similar cases are currently before the Seventh Circuit. *See Elkins v. Se. Indiana Health Mgmt. Inc.*, Lead Case No. 23-3159 (7th Cir.). Crossing Rivers respectfully

agrees with the appellants in the consolidated *Elkins* appeals and does not waive its position on jurisdiction while the *Elkins* appeals are pending.

Dated: February 22, 2024

/s/ Nathan J. Oesch
Matthew J. Splitek (WI Bar No. 1045592)
QUARLES & BRADY, LLP
33 E Main St., Suite 900
Madison, WI 53703
(608) 251-5000
matthew.splitek@quarles.com

Kristin Foster (WI Bar No. 1131939)
Nathan J. Oesch (WI Bar No. 1101380)
QUARLES & BRADY, LLP
411 East Wisconsin Avenue
Suite 2400
Milwaukee, WI 53202
(414) 277-5000
kristin.foster@quarles.com
nathan.oesch@quarles.com

*Attorney for Defendant Prairie Du Chien Memorial Hospital Association, Inc. d/b/a Crossing Rivers Health*