**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

JANE DOE and JANE ROE,

Plaintiffs,

v. Case No. 24-cv-67-wmc

PRAIRIE DU CHIEN MEMORIAL HOSPITAL ASSOCIATION, INC. D/B/A CROSSING RIVERS HEALTH,

Defendant.

**CROSSING RIVERS' MOTION TO DISMISS THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**

Prairie du Chien Memorial Hospital Association, Inc. d/b/a Crossing Rivers Health ("Crossing Rivers"), by and through its counsel Quarles & Brady LLP, hereby moves to dismiss Plaintiffs' complaint with prejudice for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) for the reasons set forth in the memorandum accompanying this Motion.

Dated: March 11th, 2024

*/s/ Nathan J. Oesch*

Matthew J. Splitek (WI Bar No. 1045592)
QUARLES & BRADY, LLP
33 E Main St., Suite 900
Madison, WI 53703
(608) 251-5000
matthew.splitek@quarles.com

Kristin Foster (WI Bar No. 1131939)
Nathan J. Oesch (WI Bar No. 1101380)
QUARLES & BRADY, LLP
411 East Wisconsin Avenue
Suite 2400
Milwaukee, WI 53202
(414) 277-5000
kristin.foster@quarles.com
nathan.oesch@quarles.com

*Attorneys for Prairie du Chien Memorial Hospital Association, Inc. d/b/a Crossing Rivers Health*